1 | Roman Vu, Esq. (Bar No.: 189084)
Romanvulawfirm@yahoo.com
2 | LAW FIRM OF ROMAN VU, APLC
First Bank Building
3 | 8251 Westminster Boulevard, Suite 207
Westminster, CA 92683
4 | Telephone:  (714) 899-2309
Facsimile:(714) 899-2319
5 |
Attorney for Plaintiff
6 | THAO NGUYEN

7

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | LOS ANGELES DIVISION

| | |
|---|---|
| 11  In re | **CASE NO.:**  2:13-bk-28978-RK |
| 12 | **ADV. NO.:**  2:13-ap-02052-RK |
| PAUL FAUSTIN MORRIS, ANNE H | **CHAPTER:**  7 |
| 13  MORRIS, | |
| 14 | **DECLARATION OF PLAINTIFF'S** |
| Debtors. | **ATTORNEY IN RESPONSE TO** |
| 15 | **DEFENDANT'S ATTORNEY'S** |
| THAO NGUYEN, | **DECLARATION AND IN** |
| 16 | **SUPPORT OF SEPARATELY** |
| 17  Plaintiff, | **FILED PROPOSED PRETRIAL** |
| | **STIPULATION** |
| 18  vs. | |
| 19 | **The Honorable Robert N. Kwan** |
| PAUL FAUSTIN MORRIS, ANNE H | |
| 20  MORRIS, | **Pretrial Conference:** |
| 21 | **DATE:**    July 29, 2014 |
| Defendants. | **TIME:**    2:00 P.M. |
| 22 | |
| 23 | |

24 | I, ROMAN VU, DECLARE:

25 | 1.    I am an attorney at law duly licensed to practice before the United States

26 | Bankruptcy Court, Central District of California.  I am the attorney of record for

27

28

1  Plaintiff THAO NGUYEN. I have personal knowledge of the facts set forth herein,
2  and if called as a witness, I could and would testify thereto.

3      2.     This declaration is submitted in response to the declaration submitted by
4  David B. Lally, Esq. regarding the non-receipt of proposed pretrial stipulation.

5      3.     This declaration is also submitted in support of the separately filed
6  proposed pretrial stipulation due to Defendant's failure to respond.

7      4.     In his declaration, Mr. Lally cites LBR 7016-1(b)(1)(C) and asserts that I
8  should have initiated a meet and confer with him on or before July 1, 2014. This is a
9  rather misleading assertion as LBR 7016-1(b)(1)(C) actually provides that *all* parties
10 and/or their attorneys have the obligation to meet and confer. As such, the meet and
11 confer obligation does not solely lie upon a Plaintiff's Counsel, and Defendant's
12 Counsel is equally bound by this obligation. At no time before the filing of his
13 declaration on July 14, 2014, did Defendant's counsel ever attempt to contact me
14 whether through letter, email or a phone call as an attempt to meet and confer for the
15 pretrial stipulation.

16     5.     Mr. Lally asserts that Plaintiff has acted in bad faith based on the
17 incident at the mediation and blames that the Mediation turned out to be an utter
18 waste of Defendant's time and money. This is completely untrue and an inaccurate
19 portrayal of the event. The mediator had both parties and their attorneys sitting in
20 separate room at mediation while he would attempt to mediate. After numerous
21 attempts to discuss settlement at the mediation and finally received an utterly
22 ridiculous final offer by defendant, it was the mediator who told us that the mediation
23 has failed and that we could leave if we wish. At that time, we thanked the mediator
24 for his time and effort for the mediation then got up and left the room. Defendant's
25 counsel misrepresentation of us walking out is completely untrue. Defendant's
26 Counsel fails to recognize the Court ordered the mediation, and Plaintiff, too,
27 suffered costs for legal representation at the mediation. If Plaintiff intended to act in
28 bad faith, she would not have cooperated in the mediation to begin with. Defendant's

1    Counsel is using this single incident with extreme exaggeration to attack on
2    Plaintiff's character to paint to the Court a negative and misleading image of
3    Plaintiff's conduct as a whole.

4        6.      Plaintiff has maintained a good faith effort to resolve issues throughout
5    this litigation prior to seeking court's intervention. One example is when Plaintiff
6    had the courtesy to meet and confer after not receiving Defendant's late responses to
7    discoveries propounded by Plaintiff. This same courtesy was obviously not extended
8    to us at this time and place prior to opposing counsel's filing of his declaration.

9        7.      The reason for the missed deadline was a result of an oversight due to
10    my numerous other court hearings and the inadvertent mis-calendaring of this pretrial
11    hearing following my return from a 10 days out of the country trip at the end of June.
12    However, I did not willfully or purposely disregard the deadline. In fact, as soon as it
13    came to my attention, I promptly prepared and faxed a proposed joint pretrial
14    stipulation and order to Defendant's Counsel the following day on July 15, 2014
15    (Please see attached **Exhibit "A"**).

16        8.      On July 21, 2014, five days after the proposed pretrial stipulation was
17    faxed to Defendant's Counsel, my office did not receive any communication from
18    Defendant's Counsel regarding our proposed pretrial stipulation. Pursuant to LBR
19    7016-1(d), Defendant must contact my office within three days to inform whether
20    Defendant agrees or disagrees to the proposed pretrial stipulation. In a further good
21    faith attempt to resolve this issue, I faxed and mailed Defendant's Counsel a meet and
22    confer letter and requested that Defendant's Counsel respond to my proposed pretrial
23    stipulation by 5:00 p.m. same day. (Please see attached **Exhibit "B"**)

24        9.      As of today's date, July 22, 2014, I am unilaterally filing Plaintiff's
25    proposed pretrial stipulation, as Defendant has failed to respond to Plaintiff's
26    proposed joint pretrial stipulation.

27

28

1      I declare under penalty of perjury under the laws of the United States that this

2  declaration is true and correct.  Executed this 22nd day of July, 2014, at Westminster,

3  California.

4

5

6  Roman Vu, Esq.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW FIRM OF
ROMAN VU
A Professional Law
Corporation

DECLARATION OF ATTORNEY ROMAN VU

# EXHIBIT A

# ROMAN VU, APLC

ATTORNEYS AT LAW

FIRST BANK BUILDING
8251 WESTMINSTER BLVD., SUITE 207
WESTMINSTER, CALIFORNIA 92683
TELEPHONE (714) 899-2309
FACSIMILE (714) 899-2319

## FACSIMILE TRANSMITTAL COVER LETTER

|            |                                                      |
|------------|------------------------------------------------------|
| TO:        | David B. Lally, Esq. <br> LALLY FISHBACK, LLP         |
| FACSIMILE: | (949) 387-5559                                        |
| TELEPHONE: | (949) 349-0022                                        |
| FROM:      | Roman Vu, Esq.                                        |
| DATE:      | 7/16/14                                               |
| RE:        | Thao Nguyen vs. Paul Faustin Morris, et al. <br> Bankruptcy Case no.: 2:13-bk-28978 RK <br> Adversary Case no.: 2:13-ap-02052 RK |
| MESSAGE(S): | Dear Counsel, |

I am enclosing the draft joint pretrial stipulation for your review and supplementation. Please provide any requested changes and/or additions by the end of tomorrow, so we could file this with the Court as soon as possible.

Thank you in advance for your professional courtesy and prompt attention.

ORIGINAL WILL NOT FOLLOW __X__ ORIGINAL WILL BE SENT BY REGULAR MAIL ____
WE ARE TRANSMITTING A TOTAL OF __12__ PAGES INCLUDING THIS SHEET.

DIRECT YOUR INQUIRY REGARDING UNSUCCESSFUL TRANSMISSION ON OR ILLEGIBLE COPY TO THE FAX OPERATOR AT (714) 899-2309. OUR FACSIMILE NUMBER IS (714) 899-2319.

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL ON OR ENTITY NAMED ABOVE. IF THE READER OF THIS FAX MESSAGE IS NOT THE INTENDED RECIPIENT ON OR THE EMPLOYEE ON OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY ON NOTICE THAT YOU ARE IN POSSESSION OF CONFIDENTIAL AND PRIVILEGED INFORMATION ANY DISSEMINATION. DISTRIBUTION ON OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE REQUESTED TO IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OF YOUR INADVERTENT RECEIPT. YOU ARE FURTHER REQUESTED TO RETURN THE ORIGINAL FAX MESSAGE TO THE SENDER AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE YOUR COOPERATION IS APPRECIATED

Message Confirmation Report    JUL-16-2014 04:43 PM WED

| | | |
|---|---|---|
| Fax Number | : | 714 899 2319 |
| Name | : | LAW FIRM OF ROMAN VU |

| | | |
|---|---|---|
| Name/Number | : | 19493875559 |
| Page | : | 12 |
| Start Time | : | JUL-16-2014 04:40PM WED |
| Elapsed Time | : | 03'06" |
| Mode | : | STD G3 |
| Results | : | [O.K] |

---

## LAW FIRM OF
# ROMAN VU, APLC

ATTORNEYS AT LAW

FIRST BANK BUILDING
8251 WESTMINSTER BLVD., SUITE 207
WESTMINSTER, CALIFORNIA 92683
TELEPHONE (714) 899-2309
FACSIMILE (714) 899-2319

### FACSIMILE TRANSMITTAL COVER LETTER

| | | |
|---|---|---|
| TO: | | David B. Lally, Esq. |
| | | LALLY FISHBACK, LLP |
| FACSIMILE: | | (949) 387-5559 |
| TELEPHONE: | | (949) 349-0022 |
| FROM: | | Roman Vu, Esq. |
| DATE: | | 7/16/14 |
| RE: | | Thao Nguyen vs. Paul Faustin Morris, et al. |
| | | Bankruptcy Case no.: 2:13-bk-28978 RK |
| | | Adversary Case no.: 2:13-ap-02052 RK |

MESSAGE(S):    Dear Counsel,

I am enclosing the draft joint pretrial stipulation for your review and supplementation. Please provide any requested changes and/or additions by the end of tomorrow, so we could file this with the Court as soon as possible.

Thank you in advance for your professional courtesy and prompt attention.

ORIGINAL WILL NOT FOLLOW _X_ ORIGINAL WILL BE SENT BY REGULAR MAIL. ____
WE ARE TRANSMITTING A TOTAL OF _12_ PAGES INCLUDING THIS SHEET.

DIRECT YOUR INQUIRY REGARDING UNSUCCESSFUL TRANSMISSION ON OR ILLEGIBLE COPY TO THE FAX OPERATOR AT (714) 899-2309. OUR FACSIMILE NUMBER IS (714) 899-2319.

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL ON OR ENTITY NAMED ABOVE. IF THE READER OF THIS FAX MESSAGE IS NOT THE INTENDED RECIPIENT OR OR THE EMPLOYEE ON OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY ON NOTICE THAT YOU ARE IN POSSESSION OF CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION, DISTRIBUTION ON OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE REQUESTED TO IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OF YOUR INADVERTENT RECEIPT. YOU ARE FURTHER REQUESTED TO RETURN THE ORIGINAL FAX MESSAGE TO THE SENDER AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. YOUR COOPERATION IS APPRECIATED.

1   Roman Vu, Esq. (Bar No.: 189084)
    Romanvulawfirm@yahoo.com
2   LAW FIRM OF ROMAN VU, APLC
    First Bank Building
3   8251 Westminster Boulevard, Suite 207
    Westminster, CA 92683
4   Telephone: (714) 899-2309
    Facsimile:(714) 899-2319
5
    Attorney for Plaintiff
6   THAO NGUYEN

7

8                   UNITED STATES BANKRUPTCY COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       LOS ANGELES DIVISION

11  In re                              | **CASE NO.:**   2:13-bk-28978-RK
                                        | **ADV. NO.:**   2:13-ap-02052-RK
12                                      | **CHAPTER:**    7
    PAUL FAUSTIN MORRIS, ANNE H
13  MORRIS,

14          Debtors.                    | **[PROPOSED] JOINT PRETRIAL
                                        | STIPULATION AND ORDER**
15

16  THAO NGUYEN,                        | **The Honorable Robert N. Kwan**

17          Plaintiff,                  | **DATE:**    July 29, 2014
                                        | **TIME:**    1:30 P.M.
18
        vs.
19

20  PAUL FAUSTIN MORRIS, ANNE H
    MORRIS,
21

22          Defendants.

23

24  TO THE HONORABLE ROBERT KWAN, UNITED STATES BANKRUPTCY

25  JUDGE:

26          Pursuant to Local Rule 7016-1(b) and subject to the approval of the Court, the

27  parties to this action, through their respective attorneys of record, hereby submit the

28  following [proposed] Joint Pre-Trial Stipulation and Order:

LAW FIRM OF
ROMAN VU
A Professional Law

- 1 -

## I. NATURE OF PROCEEDINGS

1.    On July 26, 2013, Defendants Paul F. Morris and Anne H. Morris ("Defendants") filed their Chapter 7 Bankruptcy petition in the United States Bankruptcy Court, Central District of California under case number 2:13-bk-28978-RK; Defendants listed the debt owing to Plaintiff on their Schedule F, with an outstanding balance of $110,000.

2.    On October 26, 2013, Plaintiff brought this adversary proceeding against Defendants, pursuant to Section 523 of the United Bankruptcy code and Rule 7001(6) of the Federal Rules of Bankruptcy Procedure, to determine the dischargeability of the debt owing to Plaintiff, with an outstanding balance of $110,000.

## II. STIPULATED FACTS.

The following facts are admitted and require no proof:

3.    Pursuant to 28 U.S.C §1334 and 157 and the General Order of the United States District Court of the Central District of California referring all matters relating to bankruptcy to the bankruptcy judges, this Court has jurisdiction over the above-captioned adversary proceeding, which arises in and relates to the above-captioned case under Title 11 and arises under Title 11. This adversary proceeding is a "core" proceeding, which this Court may hear and determine, within the meaning of 28, U.S.C §157(b)(2)(I) and (J).

4.    Venue for this adversary proceeding properly lies in this judicial district pursuant to 28 U.S.C. §1409.

5.    This Court has jurisdiction to adjudicate the issues raised in this adversary proceeding by virtual of 28 U.S.C. §1334.

LAW FIRM OF
ROMAN VU
A Professional Law

JOINT PRETRIAL STIPULATION

Case 2:13-ap-02052-RK    Doc 35    Filed 07/22/14    Entered 07/22/14 15:39:32    Desc
Main Document    Page 10 of 23

6.  Plaintiff Thao Nguyen (the "Plaintiff") is now and was at all times mentioned herein an individual that resides in Los Angeles County, California.

7.  Defendants Paul Faustin Morris and Anne H. Morris are individuals residing in the State of California, County of Los Angeles.

8.  Defendants filed the Chapter 7 Bankruptcy case on July 26, 2013 in United States Bankruptcy Court, Central District of California with the case number: 2:13-bk-28978-RK and listed the Plaintiff's debt on Schedule F as personal loan.

9.  According to 11 U.S.C. §523(a)(2)(A), " A discharge under Section 727, 1411, 1128(a), 1128(b), or 1328(b) or this title does not discharge an individual debtor from any debt for money, property, services, or an extension, renewal, or refinancing of credit, to extent obtained by false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition."

10. Paul first met Plaintiff's husband Mr. Tommy Pham ("Plaintiff's husband". "Tommy" or "Mr. Pham") when Paul went to work for H&T Seafoods, in Bell, California as their Vice President of Imports in 2001. Mr. Pham was responsible for procuring fresh fish for 14 Asian model retail stores located in various cities in California and Nevada. Paul also met Plaintiff at that time and during the Chinese New year celebrations and other company gatherings.

11. Paul left H&T Seafoods in early 2003 and went to work for Southwind Foods.  Paul maintained contact with Plaintiff and her husband, and sometime in 2005-2006, Mr. Pham left H&T Seafoods and, along with Plaintiff, started their own company - Fresh and Frozen Seafood distributing, dba CRAB HOUSE TRADING. It was located at 741 Ceres

LAW FIRM OF
ROMAN VU
A Professional Law

- 3 -

JOINT PRETRIAL STIPULATION

Street, Los Angeles, CA 90021, and subsequently moved to their present

location at 616 Stanford Ave., Los Angeles, CA 90021.

III.    **DISPUTED ISSUES OF FACT**.

**The following issues of fact, and no others, remain to be litigated:**

Plaintiff's contentions as to disputed facts are:

12.    Whether Paul asked Plaintiff to lend him month for his business which
he would be personally liable on or around the end 2010.

13.    Whether Plaintiff's will to entertain the idea of the requested loans was
partially based upon trust by the over 14-year-liong friendship between
Plaintiff's husband Tommy and Paul, provided that her loan would be
secured by proof of collaterals and other means to demonstrate Paul's
ability and means to repay the loan.

14.    Whether Paul intentionally deceived and misrepresented Plaintiff, by
claiming that he was in possession of 5 to 6 shipments of seafood
product containers waiting at the port from various countries including
Thailand and India and showing various invoices to show the existence
of the shipments.

15.    Whether Paul further represented that once Plaintiff would loan the
funds to him, then he would be able to pay off various outstanding
balance owed from seafood vendors, including delivery cost as well as
U.S. Custom's fee.

16.    Whether Paul verbally promised to pay back the loaned money within
one month after selling the 5 or 6 containers of sea food.

17.    Whether Paul falsely represented that he had a seafood business with
inventory worth millions of dollars, which were ready to sell, in the
worst case scenario to immediately repay Plaintiff.

1     18.   Whether Paul falsely represented to Plaintiff that he owned various

2             apartment complexes in the City of Alhambra and other properties

3             including his primary residence worth millions of dollars in equity.

4     19.   Whether Plaintiff relied on Paul's deceptions and misrepresentations to

5             loan Paul the funds on or about December 21, 2010.

6

7     Defendant's contentions as to disputed facts are:

8     20.

9     21.

10     etc.

11

12

13   IV.   **ISSUES OF LAW.**

14     The following issues of law, and no others, remain to be litigated:

15     11 U.S.C. §523(a)(2)(A) Claim for Relief against Defendant Paul F. Morris:

16     22.   Whether Plaintiff is entitled to relief pursuant to 11 U.S.C.

17             §523(a)(2)(A)?

18     11 U.S.C. §523(a)(2)(A) Claim for Relief against Defendant Anne H. Morris:

19     23.   Pursuant to the Court's ruling on the summary judgment on May 13,

20             2014, Plaintiff hereby dismisses with prejudice and otherwise withdraws

21             in her Claim for Relief against Defendant Anne H. Morris.

22

23   V.   **EXHIBIT LIST.**

24     Attached is a list of exhibits intended to be offered at the trial by each party,

25 other than exhibits to be used for impeachment only. The parties have exchanged

26 copies of all exhibits.

27     24.   Plaintiff's exhibit list is attached hereto as **Appendix A: Plaintiff's**

28             **Exhibit List.**

LAW FIRM OF
ROMAN VU
Professional Law

- 5 -

25.   Defendants' exhibit list is attached hereto as **Appendix B: Defendant's Exhibit List**.

## VI.   WITNESS LIST.

The parties have exchanged a list of witnesses to be called at trial.

26.   Plaintiff's witness list is attached hereto as **Appendix C: Plaintiff's Witness List**.

27.   Defendant's witness list is attached hereto as **Appendix D: Defendant's Witness List**.

## VII.   OTHER MATTERS.

Other matters that might affect the trial such as anticipated motions in limine, motions to withdraw reference due to timely jury trial demand pursuant to LBR 9015-2, or other pretrial motions.

28.   There are no pending matters in this proceeding.

## VIII.   DISCOVERY.

29.   The parties have completed discovery.

## IX.   TRIAL READINESS.

30.   The parties are ready for trial.

## X.   ESTIMATED TRIAL TIME.

The estimate length of trial is _____ day.

1.   Plaintiff estimates that four (4) to six (6) hours are required to present Plaintiff's side of the case.

2.   Defendant estimates that _____ hours are required to present Defendant's side of the case.

1

2  XI.    <u>CONCLUSIONS</u>.

3         The forgoing admissions have been made by the parties, and the parties have

4  specified the foregoing issues of fact and law remaining to be litigated.  Therefore,

5  this order supersedes the pleadings and governs the court of trial of this cause, unless

6  modified to prevent manifest injustice.

7

8  **SO STIPULATED:**

9

10  Dated:                                    _____

11                                            ROMAN VU, ESQ.
                                              Attorney for Plaintiff
12                                            THAO NGUYEN

13

14  Dated:                                    _____

15                                            DAVID LALLY, ESQ.
                                              Attorney for Defendants
16                                            PAUL FAUSTIN MORRIS
                                              ANNE MORRIS
17

18  **SO ORDERED:**

19

20  Dated:                                    _____

21                                            Honorable Robert N. Kwan

22

23

24

25

26

27

28

LAW FIRM OF
ROMAN VU
A Professional Law

JOINT PRETRIAL STIPULATION

1

## APPENDIX A:

2

### Plaintiff's Exhibit List

3   <u>Exhibit</u>    <u>Description of Documents</u>

4      A.    Checks Plaintiff wrote to Paul.

5      B.    Checks Plaintiff received from Paul.

6      C.    Typed and handwritten acknowledgement of loan signed by Paul.

7      Plaintiff reserves the right to supplement and/or amend this Exhibit List.

8 Plaintiff further reserves the right to use any exhibits listed by Defendants.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# APPENDIX B:

2

Defendants' Exhibit List

3

<u>Exhibit</u>   <u>Description of Documents</u>

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW FIRM OF
<u>ROMAN VU</u>
A Professional Law

1

APPENDIX C:

2

Plaintiff's Witness List

3    1.    Plaintiff, Thao Nguyen

4    2.    Non-party witness, Plaintiff's husband, Tommy Pham

5    3.    Non-party witness, Hy To

6    Plaintiff reserves the right to call as witnesses the parties to this lawsuit and/or

7    their authorized representatives.  Plaintiff reserves the right to call any and all

8    witnesses listed by defendants in this lawsuit.  Plaintiff reserves the right to amend

9    and/or supplement this Witness List at any time in the future.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# APPENDIX D:

## Defendants' Witness List

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAW FIRM OF
ROMAN VU

JOINT PRETRIAL STIPULATION

EXHIBIT B

# ROMAN VU

## A PROFESSIONAL LAW CORPORATION

FACSIMILE: (714) 899-2319

EMAIL: Romanvulawfirm@yahoo.com

ATTORNEYS AT LAW
FIRST BANK BLDG.
8251 WESTMINSTER BOULEVARD, SUITE 207
WESTMINSTER, CALIFORNIA 92683
TELEPHONE: (714) 899-2309

<u>SENT VIA FACSIMILE (949) 387-5559</u>
<u>& 1ST CLASS MAIL:</u>

July 21, 2014

David B. Lally, Esq.
Law Office of David Brian Lally
8001 Irvine Center Drive, Suite 1090
Irvine, CA 92618

RE:  **Nguyen v. Morris**
      Adv. No.: 2:13-ap-02052-RK

Dear Counsel,

This shall serve as a good faith attempt to meet and confer regarding your agreement or disagreement to our proposed pretrial stipulation, which was faxed to your office on Wednesday, July 16, 2014 (Please see attached **Exhibit "A"**).

Pursuant to LBR 7016-1(d), you must contact us to inform whether you agree or disagree to our proposed pretrial stipulation, within three days after you receive it.   It has now been five days. Please immediately contact my office by 5:00 p.m. today in this regards, so that we could promptly file a joint proposed pretrial stipulation.

If we do not hear from you by the time mentioned above, we will file our unilateral proposed pretrial stipulation along with a declaration to support the filing.

Thank you in advance for your professional courtesy and prompt attention to this matter.  We look forward to hearing from you soon in this regards.

Best regards,

LAW FIRM OF ROMAN VU, APLC

Roman Vu, Esq.
RV/tt

enclosure

# ROMAN VU, APLC

ATTORNEYS AT LAW

FIRST BANK BUILDING
8251 WESTMINSTER BLVD., SUITE 207
WESTMINSTER, CALIFORNIA 92683
TELEPHONE (714) 899-2309
FACSIMILE (714) 899-2319

## FACSIMILE TRANSMITTAL COVER LETTER

| | |
|---|---|
| TO: | David B. Lally, Esq.<br>LALLY FISHBACK, LLP |
| FACSIMILE: | (949) 387-5559 |
| TELEPHONE: | (949) 349-0022 |
| FROM: | Roman Vu, Esq. |
| DATE: | 7/21/14 |
| RE: | **Thao Nguyen vs. Paul Faustin Morris, et al.**<br>**Bankruptcy Case no.:  2:13-bk-28978 RK**<br>**Adversary Case no.:  2:13-ap-02052 RK** |
| MESSAGE(S): | Please see attached letter |

ORIGINAL WILL NOT FOLLOW ___ **ORIGINAL WILL BE SENT BY REGULAR MAIL** _x_
WE ARE TRANSMITTING A TOTAL OF __16__ PAGES INCLUDING THIS SHEET.

DIRECT YOUR INQUIRY REGARDING UNSUCCESSFUL TRANSMISSION ON OR ILLEGIBLE COPY TO THE FAX
OPERATOR AT **(714) 899-2309.  OUR FACSIMILE NUMBER IS (714) 899-2319.**

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL ON OR ENTITY NAMED ABOVE. IF THE READER OF THIS FAX MESSAGE IS NOT THE INTENDED
RECIPIENT ON OR THE EMPLOYEE ON OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY
ON NOTICE THAT YOU ARE IN POSSESSION OF CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION,
DISTRIBUTION ON OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE REQUESTED TO IMMEDIATELY
NOTIFY THE SENDER BY TELEPHONE OF YOUR INADVERTENT RECEIPT. YOU ARE FURTHER REQUESTED TO RETURN THE
ORIGINAL FAX MESSAGE TO THE SENDER AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. YOUR COOPERATION IS
APPRECIATED.

Message Confirmation Report                    JUL-21-2014 02:24 PM MON

Fax Number    :    714 899 2319
Name          :    LAW FIRM OF ROMAN VU

Name/Number   :    19493875559
Page          :    16
Start Time    :    JUL-21-2014 02:20PM MON
Elapsed Time  :    04'03"
Mode          :    STD G3
Results       :    [O.K]

## LAW FIRM OF
# ROMAN VU, APLC

ATTORNEYS AT LAW

FIRST BANK BUILDING
8251 WESTMINSTER BLVD., SUITE 207
WESTMINSTER, CALIFORNIA 92683
TELEPHONE (714) 899-2309
FACSIMILE (714) 899-2319

FACSIMILE TRANSMITTAL COVER LETTER

TO:           David B. Lally, Esq.
              LALLY FISHBACK, LLP

FACSIMILE:    (949) 387-5559

TELEPHONE:    (949) 349-0022

FROM:         Roman Vu, Esq.

DATE:         7/21/14

RE:           Thao Nguyen vs. Paul Faustin Morris, et al.
              Bankruptcy Case no.: 2:13-bk-28978 RK
              Adversary Case no.: 2:13-ap-02052 RK

MESSAGE(S):   Please see attached letter

ORIGINAL WILL NOT FOLLOW __ ORIGINAL WILL BE SENT BY REGULAR MAIL  x
WE ARE TRANSMITTING A TOTAL OF __16__ PAGES INCLUDING THIS SHEET.

DIRECT YOUR INQUIRY REGARDING UNSUCCESSFUL TRANSMISSION ON OR ILLEGIBLE COPY TO THE FAX
OPERATOR AT (714) 899-2309. OUR FACSIMILE NUMBER IS (714) 899-2319.

THE INFORMATION CONTAINED IN THIS FAX MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY
FOR THE USE OF THE INDIVIDUAL ON OR ENTITY NAMED ABOVE. IF THE READER OF THIS FAX MESSAGE IS NOT THE INTENDED
RECIPIENT ON OR THE EMPLOYEE ON OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, YOU ARE HEREBY
ON NOTICE THAT YOU ARE IN POSSESSION OF CONFIDENTIAL AND PRIVILEGED INFORMATION. ANY DISSEMINATION,
DISTRIBUTION ON OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. YOU ARE REQUESTED TO IMMEDIATELY
NOTIFY THE SENDER BY TELEPHONE OF YOUR INADVERTENT RECEIPT. YOU ARE FURTHER REQUESTED TO RETURN THE
ORIGINAL FAX MESSAGE TO THE SENDER AT THE ADDRESS ABOVE VIA THE U.S. POSTAL SERVICE. YOUR COOPERATION IS
APPRECIATED.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

8251 Westminster Blvd, Suite 207
Westminster, CA 92683

A true and correct copy of the foregoing document entitled (specify): Declaration of Plaintiff's Attorney In Response to Defendant's Attorney's Declaration and in Support of Separately Filed Proposed Pretrial Stipulation

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) 07/22/2014_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Defendant's Attorney davidlallylaw@gmail.com

Plaintiff's Attorney romanvulawfirm@yahoo.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

Alberta P Stahl trusteestahl@earthlink.net, astahl@ecf.epiqsystems.com;trusteestahl\;\;\;.net@cacbapp.cacb.circ9.dcn

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (date) ___07/22/2014_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Robert Kwan, 255 E. Temple St, Court Room 1675, Los Angeles, CA 90012

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/22/2014 | Gia Nguyen | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                    **F 9013-3.1.PROOF.SERVICE**